UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TV Tokyo Corporation<br><br> Plaintiff,<br><br> v.<br><br>THE INDIVIDUALS,<br>CORPORATIONS, LIMITED<br>LIABILITY COMPANIES,<br>PARTNERSHIPS and<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A," Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-cv-3091<br><br>Judge: Hon. Rebecca R. Pallmeyer |

### Declaration of Chenhui Zhang

I, Chenhui Zhang, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the Walmart store Srliya, Walmart seller ID 10001127694 (the "Store"). I have access and control of the Store.

3. The Store is not associated or co-operated with any other defendants in this case.

4. The Store solely operates at address in China. The Store has never owned, leased, or utilized an office in Illinois. The Store has never been liable to the Illinois tax jurisdiction. The Store never advertised, held telephone listing, or maintained bank account in Illinois, and has no agents, employees, or contractors in Illinois.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 1 item of the accused product for $26.61, and no item was shipped to the State of Illinois. Attached

as **Exhibit 1** is a complete sale record of the accused product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this July 16, 2023 in Shenzhen, China.

*Chenhui Zhang*
_____
Chenhui Zhang

# Exhibit 1



# Order List

product list | Platform warehouse stock list (domestic) | Zhang Chennui YXHS004 | help center | News (99+) | Pending(99+) | Publication

Walmart | WTX | basic info

export | batch recheck | bulk payment | batch function | abnormal order 0 | The platform did not pay

| serial number | basic information | product information | order details |
|---|---|---|---|
| 1 | Order number: FXVMJ221016000028<br>Platform order number: 38728907023193<br>Sales platform: Walmart<br>Store account: (WTX102)<br>Account Manager: Data Department - Xiong Wen W01847 | SellerSKU后图: BSI... set of Naruto Vermillion... ecklace + Forehead<br>SALT: --<br>SellerSKU: 102-CN-FA0973312<br>Location: Domestic Warehouse<br>System SKU: 10166561<br>Chinese title: [Yue Xinghui] (unprocessed intellectual property) (Japan banned NARUTO) 1 set of Naruto Zhuzi ring-necklace + Forehead cosplay dress up props set package C (not made in Japan)<br>Price/Quantity: ¥8.7438 * 1<br>Product Status: On Sale Check<br>Supply status: normal<br>System SKU type: 1 Number: 2 | ERPSKU: 10166561<br>Commodity price: 8.7438<br>[Yue Xinghui] (unprocessed intellectual property) (banned in Japan, banned NARUTO) 1 set of Naruto Zhuzi ring – necklace + forehead cosplay dress up props set package C (not made in Japan)<br>delivery in 1<br>Product status: on sale<br>Sales Status: --<br>Supply status: normal<br>Domestic Warehouse<br>Package size: 2.00 * 5.00 * 14.00<br>Package Weight: 120.00 |

## Receiving information  ✎ edit

| Buyer ID | Name | post code | Telephone |
|---|---|---|---|
| Mail | 50F333256A1140C2ABA2807712ADACF2B@relay.walmart.com | Abby Clark | 70506 | 3374592165 |
| tax number | | | Buyer Tax ID |
| Buyer chooses logistics | Standard | delivery information | Country [US]; State [LA]; City [Ville Platte]; Address 1: [5169 Crooked Creek Pkwy]; Address 2: [empty] |

## Package information

| operate | package number | system sku | quantity | Allocated inventory quantity | System SKU Quantity | Estimated/weighed weight (g) | Shipping warehouse | Operation fee (CNY) | mailing method | carrier | Tra... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FXPK221016501699 | 10166561 | 2 | 2 | 2 | 184/168.0000 | Overseas virtual warehouse_Humen | 3.8000 / 4.0000 (original fee) | | USPS | 921 341 |

## After sales information

| Work order number | package number | Aftermarket type | Application fee (CNY) | Approval fee (CNY) | Responsible party | reason | processing status |
|---|---|---|---|---|---|---|---|

void | mark shipment | generate package | Apply for after-sales | closure

Total 1 | 20条/页 | < 1 > | go to 1 Page