IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>      Defendants. | Case No. 23-cv-3091<br><br>Judge Rebecca R. Pallmeyer |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff and Defendant No. 196 "Daily Necessities Co.Ltd" ("Defendant"), acting through counsel, hereby agree to and move this Court for entry of the Consent Judgment attached hereto.

Date: October 4, 2023

/s/ *Michael A. Hierl*
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 400
Chicago, Illinois 60602
(312) 580-0100
mhierl@hsplegal.com

Attorneys for Plaintiff
TV TOKYO CORPORATION

/s/ *Song Yun*
Song Yun
Guang Dong Pengke Law Firm
Qinglong Road, Longhua Street
Shenzhen, China
0755-210086887
pengkelaw@yeah.net

Attorney for Defendant
No. 196

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 4, 2023.

s/Michael A. Hierl