**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

TV Tokyo Corporation

                                                                 Plaintiff,

v.                                                                                                                              Case No.: 1:23−cv−03091

                                                                                                                             Honorable Rebecca R. Pallmeyer

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 5, 2023:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the briefs on Defendant Srliya 's motion to dismiss. Srliya is an online retailer that holds itself out as open to do business with every state's residents; to that end, Defendant Srliya maintains an interactive webpage. Srliya contends tis court lacks personal jurisdiction over it. The court agrees. Unlike the plaintiff in Illinois v. Hemi Grp. LLC, 622 F.3d 754, 758 (7th Cir. 2010), Plaintiff TV Tokyo Corporation here has not presented evidence that Defendant knowingly did business with Illinois residents. The evidence in the record that TV Tokyo presents in this regard (data from Walmart.com) appears to relate to a sale in Louisiana, not Illinois. Cf. NBA Properties, Inc. v. HANWJH, 46 F.4th 614, 619 (7th Cir. 2022) (recognizing that minimum contacts where defendant "shipped product to an address in the forum"). Defendant's Rule 12(b)(2) motion to dismiss [54] is therefore granted, and this case is dismissed as against Defendant Srliya. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.